UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE: RUDOLPH A. LEWIS        :        Bankruptcy Petition No.

                               :        22-12517-mdc

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Creditors, Tenesia Ann Jones, Individually and as Administratrix of the Estate of De'Jar L. Jones, Sr., Deceased, have filed a Motion for Examination Under Rule 2004 with the court for leave to examine the Debtor within the scope of Fed. R. Bankr. P. 2004(b).

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion**, then on or before January 10, 2023,  **you or your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is scheduled to be held on January 18, 2023, at 10:30 AM BY TELEPHONE 877-336-1828 Access Code 7855846, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7.    If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8.    If you are not required to file electronically, you must file your response at United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

9.    If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10.    On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>Keith Thomas West, Esquire
>VICTIMS' RECOVERY LAW CENTER
>NORTH AMERICA BUILDING
>121 SOUTH BROAD STREET
>18TH FLOOR
>PHILADELPHIA, PA 19107
>215-546-1433 — Telephone
>keith@victimrecoverylaw.com — Email

Date: December 20, 2022